UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE CALVO, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>v.<br><br>SORRENTO THERAPEUTICS, INC., HENRY JI, and MARK R. BRUNSWICK,<br><br>                              Defendants. | Case No.:  20cv1066-JAH (WVG)<br><br>**ORDER VACATING HEARING** |

After careful review, the Court deems Defendants Sorrento Therapeutics, Inc. *et al.*'s motion to appoint counsel and for appointment of lead plaintiff (Doc. No. 5), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1).

Accordingly, **IT IS HEREBY ORDERED** that Defendant's motion is taken under submission without oral argument and the hearing set for September 9, 2020, at 10:30 a.m. is VACATED.  The Court will issue an order in due course

**IT IS SO ORDERED.**

DATED: August 31, 2020

_____
Hon. John A. Houston
United States District Judge

1